[Nos. 58964-4-I; 59560-1-I. Division One. October 29, 2007.]

GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION, *Respondent*, v. PARSIPPANY PERK, LLC, *Defendant*, RAYMOND SPRINGER ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 05-2-28021-2, Gregory P. Canova, J., entered September 15, 2006. *Affirmed* by unpublished opinion per Baker, J., concurred in by Schindler, A.C.J., and Ellington, J.

[No. 59122-3-I. Division One. October 29, 2007.]

CASSANDRA K. DANIELS, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-34927-1, James D. Cayce, J., entered October 17, 2006. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Becker, JJ.

[No. 59216-5-I. Division One. October 29, 2007.]

RICHARD LEMIEUX ET AL., *Appellants*, v. JERRY M. KING ET AL., *Defendants*, JERRY N. ROBERTS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-16769-4, Deborah D. Fleck, J., entered November 3, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Baker, J., concurred in by Schindler, A.C.J., and Ellington, J.

[No. 59313-7-I. Division One. October 29, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOSEPH SHULTZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05551-5, Gregory P. Canova, J., entered November 20, 2006. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Agid, JJ.